WILLIAM C. KOCH, JR., J.,
concurring.
The Court has reached a result in this case that is consistent with Kinsler v. Berkline, LLC, 320 S.W.3d 796 (Tenn.2010) and Gossett v. Tractor Supply Co., 320 S.W.3d 777 (Tenn.2010). However, as reflected in Chief Justice Clark’s separate opinions in both Kinsler and Gossett, I continue to believe that abandoning the McDonnell Douglas Corp. v. Green, 411 U.S. 792, 93 S.Ct. 1817, 36 L.Ed.2d 668 (1973) framework that had served Tennessee’s courts well for many years in both Whistleblower Act claims and claims under the Tennessee Human Rights Act was a mistake.